Chief Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-00082 RSL |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | AND ESTABLISHING A |
| CHRISTOPHER SCOTT, | ) | SENTENCING DISCLOSURE |
| Defendant | ) | SCHEDULE |

THIS MATTER having come on upon motion of the defendant, the court having considered the response of the government,

IT IS HEREBY ORDERED that the sentencing date as to Christopher Scott is continued to October 9, 2009 at 9:00 a.m., and that the parties shall disclose to the Court any witnesses expected to testify and shall disclose to each other any discovery materials not previously disclosed by October 2, 2009.

ORDER CONTINUING
SENTENCING AND ESTABLISHING
A SENTENCING DISCLOSURE
SCHEDULE – P. 1

P.O. BOX 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

DATED this 3rd of September, 2009.

                                         */s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING
SENTENCING AND ESTABLISHING
A SENTENCING DISCLOSURE
SCHEDULE – P. 2

P.O. BOX 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181