Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-0082 RSL |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| | ) | MOTION TO REDUCE SENTENCE |
| | ) | PURSUANT TO 18 U.S.C. § 3582 |
| CHRISTOPHER SCOTT, | ) | |
| Defendant | ) | |

Defendant CHRISTOPHER SCOTT, through counsel, Terrence Kellogg, having moved the Court to reduce his sentence based upon a subsequent Sentencing Guideline amendment in this case, the Court, having considered the response of the government, if any, and 18 U.S.C. § 3582(c)(2), DOES THEREFORE

ORDER the sentence previously imposed in this matter is and shall be reduced to a term of 120 months confinement, to be served on the two counts of conviction concurrently.

Done this \_\_7th\_\_ day of ~~July,~~ August 2017.

/s/ MA Lasnik
HON. ROBERT S. LASNIK
DISTRICT COURT JUDGE

DEFENSE MOTION FOR REDUCTION OF SENTENCE
BASED ON GUIDELINE AMENDMENT 7821

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003