UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER SCOTT,<br><br>　　　　　Defendant. | NO. CR08-82RSL<br><br>ORDER VACATING ORDER GRANTING MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582 |

The Court's Order Granting Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3581, Dkt. # 848, in the above captioned case, is hereby VACATED.

DATED this 8th day of August, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER GRANTING MOTION TO REDUCE SENTENCE PURSUANT TO
18 U.S.C. § 3582